In re:                                                                  Case No. 19-00494-RNO
Veronica Kay Hulina                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Mar 28, 2019
                             Form ID: ntcnfhrg        Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db            +Veronica Kay Hulina,   210 Lansdowne Ave.,   Clarks Summit, PA 18411-1728
5174638       +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
5159057       +Granite State Management,   4 Barrell Ct.,   Concord, NH 03301-8543
5159058       +Granite State Management,   P.O. Box 3420,   Concord, NH 03302-3420
5159059       +Granite State Management & Res,   44 Warren St.,   Direct Loans,   Concord, NH 03301-4053
5159060       +KML Law Group, P.C.,   Suite 5000, BNY Mellon Independence Ctr.,   701 Market St.,
               Philadelphia, PA 19106-1538
5158742       +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5159063       +Medical Data Systems,   2001 9th Ave.,   Ste. 312,   Vero Beach, FL 32960-6413
5159064       +Moses Taylor Hospital,   700 Quincy Ave,   Attn: Justin Davis CEO,   Scranton, PA 18510-1798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5159056       +E-mail/Text: documentfiling@lciinc.com Mar 28 2019 19:12:13   Comcast-PA,   Attn: Bankruptcy,
               1555 Suzy St.,   Lebanon, PA 17046-8318
5159062        E-mail/Text: camanagement@mtb.com Mar 28 2019 19:12:26   M&T Bank,   1100 Wehrle Drive,
               Williamsville, NY 14221
5159608       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 19:17:50
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5159065       +E-mail/Text: bankruptcy@sw-credit.com Mar 28 2019 19:12:32   SW Credit Systems, LP,
               4120 International Pkwy., Suite 1100,   Carrollton, TX 75007-1958
5159066        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:17:59   Synchrony Bank/Toys R Us,
               Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                               TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5159061*      +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5158743*      +Veronica Kay Hulina,   210 Lansdowne Ave.,   Clarks Summit, PA 18411-1728
5159067*      +Veronica Kay Hulina,   210 Lansdowne Ave.,   Clarks Summit, PA 18411-1728
                                                                        TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 1 Veronica Kay Hulina tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Veronica Kay Hulina, aka Veronica Hulina, aka Veronica K. Hulina, aka Veronica Egolf, aka Veronica K. Egolf, aka Veronica Kay Egolf, | Chapter | 13 |
| | Case No. | 5:19–bk–00494–RNO |
| **Debtor 1** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 28, 2019 |

ntcnfhrg (03/18)