# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: tullio.deluca@verizon.net

April 12, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **Veronica Kay Hulina**
Case No.5-19-00494

Dear Sir/Madam:

I have received returned mail for **Granite State Management & Res** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to 44 Warren St. Concord, NH 03301. Please be advised the correct information is as follows:

Granite State Managment & Res
4 Barrell Ct
Concord, NH 03301

I served a copy of the Notice of Chapter 13 Bankruptcy Case at the above address on April 12, 2019 Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,


/s/ Tullio DeLuca, Esquire

TD/mw