

4 Barrell Court
PO Box 3420
Concord, NH 03302-3420

In Re: **Veronica K Egolf** : Case No. **19-00494**
  : Chapter: **13**
Debtor(s) : Judge **Robert N. Opel**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

U.S. Department of Education , hereby gives notice that all presently held or future payments and/or correspondence to the Creditor for **Court Claim Number(s)** **1** should be sent to the following address(es):

**NEW ADDRESS:**

**NOTICE**

**PAYMENT**
U.S. Department of Education
P.O. Box 4414
Portland, OR 97208

Prepared by:
Amanda Wilczynski
(Name)
Student Loan Analyst I
(Title)
Granite State Management & Resources
(Address)
P.O. Box 3420
Concord, NH 03302

FILED
Harrisburg, PA

MAY 26 2020

Clerk,
US Bankruptcy Court