United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00494-MJC |
| Veronica Kay Hulina | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: pdf010 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol  Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Ana Marie Amenta, Insolvency Specialist, Internal Revenue Service, 600 Arch Street, Philadelphia PA 19106-1695 |
| | + | Lackawanna Tax Claim Bureau, c/o Joseph Joyce III, 9 N Main Street, Suite 4, Pittston PA 18640-1836 |
| | + | Portonoff Law Associates, c/o James Wood Esquire, 2700 Horizon Drive, Suite 100, King of Prussia PA 19406-2726 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: clarkssummitmanager@gmail.com | Nov 19 2021 18:44:00 | Borough of Clarks Summit, c/o Kevin Hayes Esquire, 304 South State Street, Clarks Summit PA 18411-1543 |
| | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2021 18:44:00 | PA Department of Revenue, Bureau of Compliance, P O Box 280946, 7th Floor, Harrisburg PA 17128-0946 |
| 5159062 | | Email/Text: camanagement@mtb.com | Nov 19 2021 18:44:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5186463 | | Email/Text: camanagement@mtb.com | Nov 19 2021 18:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2021           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Veronica Kay Hulina tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Veronica Kay Hulina, | : | Case No. 5:19-bk-00494-MJC |
| | : | |
| Debtor. | : | |

| | |
|---|---|
| Veronica Kay Hulina, | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| M&T Bank, | : |
| Lackawanna County Tax Claim Bureau, | : |
| Portnoff Law Associates, | : |
| Borough of Clarks Summit, | : |
| Internal Revenue Service, | : |
| PA Department of Revenue, and | : |
| Jack N. Zaharopoulos, Chapter 13 Trustee, | : |
| Respondents. | : |

### ORDER DENYING DEBTOR'S MOTION FOR PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES

**AND NOW,** upon consideration of Debtor's Motion to Approve Private Sale of Real and Personal Property Free and Clear of All Liens, Charges and Encumbrances filed October 15, 2021, Doc. # 40, and it appearing that the motion as filed is missing pages, it is hereby

**ORDERED** that the aforementioned Motion is **DENIED** without prejudice.

Dated: November 19, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)