United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Veronica Kay Hulina  
    Debtor

Case No. 19-00494-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2  
Date Rcvd: Dec 07, 2021          Form ID: pdf010           Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | | Granite State Management and Resources, 4 Barrell Court, PO Box 3420, Concord, NH 03302-3420 |
| 5159057 | + | Granite State Management, 4 Barrell Ct., Concord, NH 03301-8543 |
| 5159058 | + | Granite State Management, P.O. Box 3420, Concord, NH 03302-3420 |
| 5159059 | + | Granite State Managment & Res, 4 Barrell Ct, Concord, NH 03301-8543 |
| 5159060 | + | KML Law Group, P.C, Suite 5000, BNY Mellon Independence Ctr., 701 Market St., Philadelphia, PA 19106-1541 |
| 5158742 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5159064 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5158743 | + | Veronica Kay Hulina, 210 Lansdowne Ave., Clarks Summit, PA 18411-1728 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5174638 | + | Email/Text: documentfiling@lciinc.com | Dec 07 2021 18:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5159056 | + | Email/Text: documentfiling@lciinc.com | Dec 07 2021 18:33:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 5159062 | | Email/Text: camanagement@mtb.com | Dec 07 2021 18:33:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5186463 | | Email/Text: camanagement@mtb.com | Dec 07 2021 18:33:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5159063 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 07 2021 18:33:00 | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5159608 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 07 2021 18:40:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5159065 | + | Email/Text: bankruptcy@sw-credit.com | Dec 07 2021 18:33:00 | SW Credit Systems, LP, 4120 International Pkwy., Suite 1100, Carrollton, TX 75007-1958 |
| 5159066 | | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2021 18:40:39 | Synchrony Bank/Toys R Us, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5159061 | *+ | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5159067 | *+ | Veronica Kay Hulina, 210 Lansdowne Ave., Clarks Summit, PA 18411-1728 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Veronica Kay Hulina tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| VERONICA KAY | : | CASE NO. 5-19-00494-MJC |
| HULINA | : | CHAPTER 13 |
| Debtor(s) | : | |

*********************************************************************************

| | | |
|---|---|---|
| VERONICA KAY HULINA | : | |
| Movant | : | |
| vs. | : | |
| M&T BANK, LACKAWANNA | : | |
| COUNTY TAX CLAIM BUREAU, | : | |
| PORTNOFF LAW ASSOCIATES, | : | |
| BOROUGH OF CLARKS SUMMIT, | : | |
| INTERNAL REVENUE SERVICE, | : | |
| PA DEPARTMENT OF REVENUE, | : | |
| and JACK N. ZAHAROPOULOS, | : | |
| ESQUIRE | : | |
| Respondents | | |

*********************************************************************************

### ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE
### OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS,
### CHARGES AND ENCUMBRANCES

*********************************************************************************

Upon consideration of the within Motion, after Notice duly given to the Creditors and other parties in interest, and hearing held December 7, 2021, the Debtor, Veronica Hulina, is hereby granted leave to sell real property located at 210 Lansdowne Ave., Clarks Summit, PA 18411, along with personal property and fixtures to Patrick Mascia and Janine Dobson for the sum of Three Hundred Twenty Five Thousand ($325,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale, except the encumbrances of outstanding real estate taxes.

Further, the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

      a.    Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,488.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Realtors Commission of 6% percent;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. Payment in full to M&T Bank;

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption, if any;

i. The net sales proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan.

Further, the Debtor is allowed to escrow funds at closing for a potential capital tax gain liability.

Dated: December 7, 2021          By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)

Case 5:19-bk-00494-MJC    Doc 58    Filed 12/09/21    Entered 12/10/21 00:25:17    Desc
Imaged Certificate of Notice    Page 4 of 4