Certificate Number: 15317-PAM-DE-036682373

Bankruptcy Case Number: 19-00494


15317-PAM-DE-036682373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2022</u>, at <u>3:11</u> o'clock <u>PM PDT</u>, <u>Veronica Kay Hulina</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 13, 2022</u>  By:  <u>/s/Ralph Hongria</u>

Name:  <u>Ralph Hongria</u>

Title:  <u>Credit Counselor</u>