| Fill in this information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Veronica Kay Hulina | |
| **Debtor 2** (Spouse, if filing) | | |
| **United States Bankruptcy Court for the :** Middle | **District of** | Pennsylvania (State) |
| **Case number** | 5:19-bk-00494-RNO | |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** M & T Bank | **Court claim no.** (if known): 3-1 |
|---|---|
| **Last four digits** of any number you use to identify the debtor's account: XXXXXX6941 | **Date of payment change:** Must be at least 21 days after date of this notice — 12/1/2020 |
| | **New total payment:** Principal, interest, and escrow, if any — $1,688.74 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 535.60    **New escrow payment :** $ 851.17

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** %    **New interest rate:** %

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | **Veronica Kay Hulina** | Case number *(if known)* 5:19-bk-00494-RNO |
|---|---|---|
| | First Name  Middle Name  Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Karen A. Maxcy                                          Date   11/2/2020
     Signature

Print:    Karen           A.              Maxcy              Title   Authorized Agent for Creditor
          First Name      Middle Name     Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA              30076
          City                 State           ZIP Code

Contact phone   678-321-6965                                   Email   Karen.Maxcy@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 5:19-bk-00494-RNO |
| Veronica Kay Hulina | Chapter: 13 |
| | Judge: Robert N. Opel II |

CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Veronica Kay Hulina
210 Lansdowne Avenue
Clarks Summit, PA 18411

Tullio DeLuca                                               *(served via ECF Notification)*
381 North 9th Avenue
Scranton, PA 18504

Charles J DeHart, III (Trustee)                            *(served via ECF Notification)*
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                                      *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  11/3/2020       By:   */s/Karen A. Maxcy*
               (date)                Karen A. Maxcy
                                     Authorized Agent for Creditor

# M&T Bank

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**



**Contact Us**

| | | |
|---|---|---|
| ✎ | Customer Service: | 1-800-411-7627 |
| | Property Tax: | 1-866-406-0949 |
| | Property Insurance: | 1-888-882-1847 |
| | Home Purchase or Refinancing: | 1-800-479-1992 |
| | NMLS #381076 | |
| 🏛 | **Correspondence Address:** | |
| | | PO BOX 1288 |
| | | BUFFALO, NY 14240-1288 |
| 🖱 | | https://onlinebanking.mtb.com |

VERONICA K HULINA
210 LANSDOWNE AVE
CLARKS SUMMIT PA 18411-1728

Loan Number:
Property Address: 210 LANSDOWNE AVENUE
CLARKS SUMMIT PA, 18411
Statement Date: 10/05/20

Dear Customer,

As your mortgage partner, we strive to exceed your servicing expectations. We are providing you with the following review to ensure there is enough money available in your account to cover any upcoming property tax and/or homeowners insurance payments. Please refer to our Frequently Asked Questions, page 4, or call one of the appropriate customer service numbers referenced above with any questions or concerns.

**Based on our review, you do not have enough money in your escrow account. Your payment is changing.**

This escrow shortage was caused by changes in your taxes, insurance or escrow payments. Your Account History, page 2, shows what has already happened on your account. To see what we anticipate happening with your account over the next 12 months, turn to Projected Escrow Payments, page 3.

## Your Mortgage Payment Options

| | Payment Information | Current Monthly Payment | New Monthly Payment beginning on 12/01/2020 |
|---|---|---|---|
| **Option 1** <br> Pay your escrow shortage in full using the coupon below or at onlinebanking.mtb.com. | Principal & Interest: <br> Escrow Payment: <br> Escrow Shortage: <br> Total Payment: | $837.57 <br> $535.60 <br> $15.90 <br> $1,389.07 | $837.57 <br> $696.80 <br> $0.00 <br> $1,534.37 |

**OR**

| | Payment Information | Current Monthly Payment | Pay Shortage Over 12 months beginning on 12/01/2020 |
|---|---|---|---|
| **Option 2** <br> Spread your escrow shortage of $1,852.41 over the next 12 months. No action needed. | Principal & Interest: <br> Escrow Payment: <br> Escrow Shortage: <br> Total Payment: | $837.57 <br> $535.60 <br> $15.90 <br> $1,389.07 | $837.57 <br> $696.80 <br> $154.37 <br> $1,688.74 |

---

**INTERNET REPRINT**

# M&T Bank

## ESCROW SHORTAGE COUPON

Loan Number:

Once your escrow shortage is applied, the payment amount will be adjusted in accordance with Option 1 referenced above. Your monthly mortgage payment may still increase once the escrow account is paid.

**Payment Amount**

Amount Due: **$1,852.41**

M&T BANK
PO BOX 64787
BALTIMORE MD 21264-4787



## Your Account History**

By comparing the actual escrow activity with the previous projections listed, you can determine where a difference may have occurred. If you have any questions about this statement, please call our Customer Service Department toll free at 1-800-411-7627.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **Beginning Balance** | | | | $2,224.27 | -$5,297.96 |
| Dec 19 | $535.60 | $557.13 * | Risk Bsd FHA | $112.15 | | * | $2,647.72 | -$4,740.83 |
| Dec 19 | | | Risk Bsd FHA | | $112.15 | * | $2,647.72 | -$4,852.98 |
| Dec 19 | | | Hazard Ins | | $1,733.00 | * | $2,647.72 | -$6,585.98 |
| Jan 20 | $535.60 | $557.13 * | Risk Bsd FHA | $112.15 | | * | $3,071.17 | -$6,028.85 |
| Jan 20 | | | Hazard Ins | $1,700.00 | | | $1,371.17 | -$6,028.85 |
| Jan 20 | | | Risk Bsd FHA | | $112.15 | * | $1,371.17 | -$6,141.00 |
| Feb 20 | $535.60 | $557.13 * | Risk Bsd FHA | $112.15 | | * | $1,794.62 | -$5,583.87 |
| Feb 20 | | | County Tax | $947.72 | $1,060.40 | * | $846.90 | -$6,644.27 |
| Feb 20 | | | Risk Bsd FHA | | $112.15 | * | $846.90 | -$6,756.42 |
| Mar 20 | $535.60 | $557.13 * | Risk Bsd FHA | $112.15 | | * | $1,270.35 | -$6,199.29 |
| Mar 20 | | | Risk Bsd FHA | | $112.15 | * | $1,270.35 | -$6,311.44 |
| Apr 20 | $535.60 | $557.13 * | Risk Bsd FHA | $112.15 | | * | $1,693.80 | -$5,754.31 |
| Apr 20 | | | Borough Tax | $522.57 | $526.72 | * | $1,171.23 | -$6,281.03 |
| Apr 20 | | | Risk Bsd FHA | | $112.15 | * | $1,171.23 | -$6,393.18 |
| May 20 | $535.60 | $551.50 * | Risk Bsd FHA | $112.15 | | * | $1,594.68 | -$5,841.68 |
| May 20 | | | Risk Bsd FHA | | $112.15 | * | $1,594.68 | -$5,953.83 |
| Jun 20 | $535.60 | $551.50 * | Risk Bsd FHA | $112.15 | | * | $2,018.13 | -$5,402.33 |
| Jun 20 | | | Risk Bsd FHA | | $112.15 | * | $2,018.13 | -$5,514.48 |
| Jul 20 | $535.60 | $551.50 * | Risk Bsd FHA | $112.15 | $112.15 | | $2,441.58 | -$5,075.13 |
| Aug 20 | $535.60 | $551.50 * | Risk Bsd FHA | $112.15 | | * | $2,865.03 | -$4,523.63 |
| Aug 20 | | | Risk Bsd FHA | | $109.59 | * | $2,865.03 | -$4,633.22 |
| Sep 20 | $535.60 | $551.50 * | Risk Bsd FHA | $112.15 | | * | $3,288.48 | -$4,081.72 |
| Sep 20 | | | School Tax | $1,910.97 | $1,907.34 | * | $1,377.51 | -$5,989.06 |
| Sep 20 | | | Risk Bsd FHA | | $109.59 | * | $1,377.51 | -$6,098.65 |
| Sep 20 | | | Flood Ins | | $1,819.00 | * | $1,377.51 | -$7,917.65 |
| Oct 20 | $535.60 | $8,097.60 * | Risk Bsd FHA | $112.15 | | * | $1,800.96 | $179.95 |
| Oct 20 | | | Risk Bsd FHA | | $109.59 | * | $1,800.96 | $70.36 |
| Nov 20 | $535.60 | $535.60 | Risk Bsd FHA | $112.15 | $109.59 | * | $2,224.41 | $496.37 |

The total amount of escrow payments received during this period was $14,176.35 and the total escrow disbursements were $8,382.02.

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

Borrower Paid Mortgage Insurance Premium: Your mortgage loan requires a borrower paid mortgage insurance premium ("MIP"). MIP is insurance from the Federal Housing Administration ("FHA") that protects lenders against loss in the event a borrower defaults on a mortgage.

**Effective for all loans closed on or after January 1, 2001, FHA annual MIP will be automatically cancelled under the following conditions:**

**Loans with FHA case numbers assigned before June 3, 2013:**
- Mortgage loan terms greater than 15 years: the annual MIP will be cancelled when the loan to value ratio reaches 78%, provided the mortgagor has paid the annual mortgage insurance premium for at least five years.
- Mortgage loan terms less than or equal to 15 years with a loan to value ratio greater than 78%: the annual MIP will be cancelled when the loan to value ratio reaches 78%.

**FHA will determine when you have reached the 78% loan to value ratio based on the lower of the sales price or appraised value at origination.** New appraised values will not be considered. Cancellation of the annual mortgage insurance premium will normally be based on the scheduled amortization of the loan. However, in cases where additional payments have been applied to the loan balance as a prepayment, cancellation can be based on the actual amortization of the loan. If you have prepaid and believe you have met the requirements for cancelling the FHA insurance, please send a written request to us at P.O. Box 1288, Buffalo, NY 14240.

**Loans with FHA case numbers assigned on or after June 3, 2013:**
- Mortgage loan terms greater than 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms greater than 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio greater than 90%: duration of the annual MIP is the loan term.
- Mortgage loan terms less than or equal to 15 years with loan to value ratio less than or equal to 90%: duration of the annual MIP is 11 years.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

## Projected Escrow Payments Over the Next 12 Months

**Anticipated Annual Disbursements**

| | |
|---|---:|
| Mortgage Ins: | $1,315.08 |
| Hazard Ins: | $1,733.00 |
| County Tax: | $1,060.40 |
| City Tax: | $526.72 |
| Taxes: | $1,907.34 |
| Flood Ins: | $1,819.00 |
| Total: | $8,361.54 |

**Projected Escrow Balance Summary**

M&T Bank expects to pay $8,361.54 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Taxes and Insurance: | $8,361.54 |
| Divided by 12 months: | $696.80 |
| *New Monthly Escrow Payment: | $696.80 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | *Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $496.37 | $2,348.78 |
| Dec 20 | $696.80 | $109.59 | Risk Bsd FHA | $1,083.58 | $2,935.99 |
| Jan 21 | $696.80 | $109.59 | Risk Bsd FHA | $1,670.79 | $3,523.20 |
| Jan 21 | | $1,733.00 | Hazard Ins | -$62.21 | $1,790.20 |
| Feb 21 | $696.80 | $109.59 | Risk Bsd FHA | $525.00 | $2,377.41 |
| Feb 21 | | $1,060.40 | County Tax | -$535.40 | $1,317.01 |
| Mar 21 | $696.80 | $109.59 | Risk Bsd FHA | $51.81 | $1,904.22 |
| Apr 21 | $696.80 | $109.59 | Risk Bsd FHA | $639.02 | $2,491.43 |
| Apr 21 | | $526.72 | Borough Tax | $112.30 | $1,964.71 |
| May 21 | $696.80 | $109.59 | Risk Bsd FHA | $699.51 | $2,551.92 |
| Jun 21 | $696.80 | $109.59 | Risk Bsd FHA | $1,286.72 | $3,139.13 |
| Jul 21 | $696.80 | $109.59 | Risk Bsd FHA | $1,873.93 | $3,726.34 |
| Aug 21 | $696.80 | $109.59 | Risk Bsd FHA | $2,461.14 | $4,313.55 |
| Sep 21 | $696.80 | $109.59 | Risk Bsd FHA | $3,048.35 | $4,900.76 |
| Sep 21 | | $1,907.34 | School Tax | $1,141.01 | $2,993.42 |
| **Sep 21** | | **$1,819.00** | **Flood Ins** | **-$677.99** | **$1,174.42** |
| Oct 21 | $696.80 | $109.59 | Risk Bsd FHA | -$90.78 | $1,761.63 |
| Nov 21 | $696.80 | $109.59 | Risk Bsd FHA | $496.43 | $2,348.84 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements**

| | |
|---|---:|
| Projected Beginning Balance | $496.37 |
| -Required Minimum Balance | $2,348.78 |
| Escrow Shortage Amount | $1,852.41 |

Your lowest monthly escrow balance for the next 12 months should reach $1,174.42, which equals a total of two months escrow payment. To reach this balance, your required escrow amount after your 11/20 payment should be $2,348.78, whereas your actual escrow balance is $496.37. The difference, $1,852.41, represents the amount needed in your escrow account and will be spread over the next 12 payments unless this amount is paid in full.

*Based on these calculations for the coming year, if you pay your escrow amount in full your new total payment amount effective 12/01/20 will be the amount reflected in Option 1 on Page 1 of this statement. If you choose to spread the escrow amount over the next 12 payments your total payment amount will be the amount reflected in Option 2 of Page 1 of this statement.

# Mortgagor Guide to Frequently Asked Escrow Analysis Questions (FAQ Document)

- **What is an escrow analysis and why am I receiving this document?**
  Federal mortgage laws require all mortgage lenders to perform an escrow analysis on all loans minimally once a year. As a result, M&T Bank conducts an escrow analysis accordingly. The analysis is a calculation of your escrowed items – when they are due, the frequency of pay (annually, semi-annually, and quarterly) and the amount of the payment. This then determines if we are over collecting, under collecting or accurately collecting funds to make these payments on your behalf.
  There are several reasons why an off-cycle analysis is performed. Common reasons include: loan is acquired or transferred, customer request (new exemption or adjusted bill issued), change in insurance or tax due dates.

- **What is an escrow account?**
  An escrow account is an account set inside your mortgage account. On a monthly basis funds you remit are placed in the account, held and when the time comes, paid to your tax and/or insurance agency. A full accounting of these funds appears on the following statements: monthly mortgage statement, year-end statement and your escrow analysis statement. Typically the payments made are to your real estate tax municipalities and insurance agent. Other payments may be made according to your mortgage agreement.

- **What is an escrow payment?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **How do you determine the required beginning escrow balance?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **What is an escrow reserve also known as a cushion?**
  An escrow reserve also known as a cushion is the amount of money collected in the escrow to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and prevents your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies.

- **How is an escrow analysis completed?**
  We itemize all applicable disbursements such as the real estate property tax and insurance premium which are scheduled to be paid on your behalf in the next 12 months. We take the total and divide the payment by 12 payments. The total amount of the disbursements divided by 12 is equal to your monthly escrow payment.

- **Will my escrow payment amount remain the same if I remit the entire shortage amount at once?**
  By paying the full shortage amount this will result in an adjustment to your account which will result in a payment with the smallest possible increase in your monthly mortgage payment. It's important to keep in mind any increase in your real estate tax amounts and/or insurance premium may cause your payment amount to change even if you pay your shortage amount.

- **If I would like to remit the shortage payment, what steps do I need to take?**
  You may pay the entire shortage amount by returning the shortage coupon attached to the bottom of page 1 of your escrow analysis along with your check to: M&T Bank, Escrow Department, PO Box 64787, Baltimore, MD 21264-4787

- **What if I do not remit the shortage payment?**
  If you do not wish to remit the entire shortage payment in one lump sum, you can instead remit the new payment amount over the next 12 months. The escrow analysis calculation automatically spreads the shortage amount over the next 12 months.

- **Why did my monthly escrow payment amount change?**
  There are a number of reasons why escrow payment amounts change. Below are the most common reasons why the amount may change:
  **Real Estate Tax –**
  Tax rate and/or property's assessed value changed
  Tax exemption status added, changed or removed
  The payment of a supplemental tax bill or delinquent tax paid from escrow
  New tax requirement
  Tax(es) paid as a result of non-payment
  **Insurance Premium(s) –**
  Premium rate changed
  Coverage changed
  Additional premium paid but not anticipated to be paid from escrow, such as change in carrier
  New insurance requirement
  Lender paid insurance from escrow
  Flood insurance map changed
  **Payments –**
  Monthly payments received were a different amount than what was expected. For example:
  - The monthly payments received were less than the amount requested, shorting the funding of escrow
  - Previous escrow shortage amount was not paid in full before new analysis

- **Information Regarding Insurance –**
  Hazard insurance, also referred to as homeowner's insurance, is an insurance policy purchased to protect your property from certain hazards such as fire and theft. Policy coverage may vary. See your insurance policy information for details regarding your specific coverage(s).
  If you decide to change your insurance carrier, send the new policy information to: M&T Bank, Its Successors and/or Assigns, PO Box 5738, Springfield, Ohio 45501-5738
  Fax: 866-410-9956
  Additional questions can be directed to 888-882-1847.

- **Information Regarding Real Estate Tax Bills –**
  Where to mail your tax bill:

  M&T Bank
  PO Box 23628
  Rochester, NY 14692-9813
  FAX: 817-826-0675

Equal Housing Lender. ©2016 M&T Bank. Member FDIC. CS13075 (7/16) mtb.com